# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-14-00294-CV

Michael E. Killebrew, Jr., Appellant

v.

BKE Investments, Inc., Merscorp Holdings, Inc., and Everbank, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-GN-12-003033, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

# M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed:   September 10, 2014